JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation; and MOROCCANOIL ISRAEL, LTD., an Israeli company,<br><br>Plaintiffs,<br><br>v.<br><br>FOLICA, INC., a Delaware corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE No. CV10-05694-DMG (AGRx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [17]** |

2522.092\9975

[Proposed] Order Of Dismissal With Prejudice

Plaintiffs having submitted a stipulation signed by all parties, by and through their counsel, the Court considers it appropriate to dismiss this case pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS HEREBY ORDERED that the Complaint against Folica, Inc. is dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and expenses incurred herein, and that that the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: July 19, 2011

/s/ Dolly M. Gee
DOLLY M. GEE
United States District Judge

2522.092\9975

-1-
[Proposed] Order Of Dismissal With Prejudice